*George F. Hickey* and *Samuel D. Smoleff*, for appellant.

*George P. Nicholson*, Corporation Counsel (*Charles J. Druhan* and *Joseph P. Reilly* of counsel), for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

WALTER BLAIR et al., Appellants, *v.* RICHMOND LEVERING & Co., INC., Respondent.

*Contract — stocks and stockholders — call or option on stock — action to recover for refusal to deliver stock in accordance with terms of call — defenses of failure of consideration, failure to exercise within reasonable time and Statute of Frauds.*

*Blair* v. *Levering & Co., Inc.*, 208 App. Div. 726, affirmed.

(Submitted April 16, 1924; decided May 20, 1924.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 28, 1924, unanimously affirming a judgment in favor of the defendant entered upon a dismissal of the complaint by the court at a Trial Term, a jury having been waived. The complaint alleged that the defendant, a New York corporation, on the 15th day of February, 1917, under its seal, made, executed and delivered to the plaintiffs, a copartnership, a call or option on 2,000 shares of common stock of the Metropolitan Petroleum Corporation at two dollars per share; that subsequently plaintiffs tendered to defendant the sum of $4,000, and demanded the stock or its equivalent, which was refused, and that by reason thereof plaintiffs suffered damage. The answer contained a general denial and alleged that the call was obtained without consideration and was not exercised within a reasonable time, and also pleaded the Statute of Frauds.

*Philip C. Samuels* and *Max Lazarus* for appellants.

*Nelson L. Robinson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, Mc-
LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

In the Matter of the Estate of TERENCE KELLY, Deceased.

THOMAS KELLY, Appellant; MAY KELLY, as Adminis-
tratrix, Respondent.

(Submitted May 12, 1924; decided May 20, 1924.)

Motion for re-argument denied, with ten dollars costs
and necessary printing disbursments. (See 238 N. Y. 71.)

---

In the Matter of the Application of N. S. BEAN, as
Receiver of the FIRST NATIONAL BANK OF WARREN,
MASSACHUSETTS, Respondent, against FRANCIS R.
STODDARD, JR., Individually and as Superintendent of
Insurance, Appellant, Impleaded with Others.

*Appeal — motion to dismiss on ground of defect in permission by
Appellate Division.*

Reported below, 207 App. Div. 276.

(Submitted May 12, 1924; decided May 20, 1924.)

MOTION to dismiss an appeal, by permission, from an
order of the Appellate Division of the Supreme Court in
the fourth judicial department which dismissed an appeal
from an order of Special Term granting a motion for
permission to bring an action against the defendants
herein and which modified and affirmed as modified an
order denying a motion to vacate the said order.

The motion was made upon the ground that the Appel-
late Division was without authority to grant permission
to appeal and that proper leave was not obtained for the
reason that the order appealed from was not a final order
in a special proceeding.

*Evan Hollister* for motion.

*Clarence C. Fowler* opposed.

Motion granted and appeal dismissed, with costs and
ten dollars costs of motion, unless at the present or next